UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

|  |  |  |
|---|---|---|
| WILLIAM JEWELL, | : | CASE NO. 1:06-cv-01391 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : | OPINION & ORDER |
|  | : | [Resolving Doc. 19]. |
| COMMISSIONER OF, | : |  |
| SOCIAL SECURITY | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff William Jewell appeals to this Court the final decision of the Commissioner of Social Security denying his application for disability insurance benefits. [Doc. 1]. The Court automatically referred this matter to United States Magistrate Judge Baughman pursuant to Local Rule 72.2. [Doc. 3]. On March 12, 2008, Magistrate Judge Baughman issued a report and recommendation recommending this Court reverse and remand the Commissioner's decision. [Doc. 19]. On March 13, 2008, the Court ordered that all objections to the report and recommendation must be filed by March 25, 2008. On March 19, 2008, the Commissioner filed a notice that it would not object to the report and recommendation. [Doc. 20]. The Plaintiff has not filed an objection. The Court **ADOPTS** the Magistrate's report and recommendation.

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection. 28

Case No. 1:06-cv-01391
Gwin, J.

U.S.C. § 636(b)(1). Parties must file any objections to a Report and Recommendation within ten days of service.  Failure to object within that time waives a party's right to appeal the magistrate judge's recommendation.  FED. R. CIV. P. 72(a); *see* Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  Absent objection, a district court may adopt the magistrate's report without review.  Thomas, 474 U.S. at 149. Moreover, having conducted its own review of the parties' briefs on the issue, this Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court adopts in whole Magistrate Judge Baughman's findings of fact and conclusions of law and incorporates them fully herein by reference.   The Court thus **REVERSES** the Commissioner's decision denying Jewell's application for disability benefits and **REMANDS** the decision for a proper explanation of the weight given to Jewell's treating physician's opinion and Jewell's credibility and reconsideration of the residual functioning capacity finding with the assistance of a medical expert.

IT IS SO ORDERED.


Dated: March 31, 2008                          s/          *James S. Gwin*
                                               JAMES S. GWIN
                                               UNITED STATES DISTRICT JUDGE